IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr240

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| | ) | |
| CELESTE OTIKO | ) | |

**THIS MATTER** is before the Court on its own motion.

At the defendant's sentencing hearing, the Court determined that she should not be required to report to serve her sentence pending further order of the Court. (Doc. No. 19: Judgment). Upon review of the entire record in this case, the Court finds that the defendant should now report to serve her sentence.

**IT IS, THEREFORE, ORDERED** that the Bureau of Prisons may designate an institution to which the defendant shall report as directed. Pending that designation, all conditions of bond remain in effect.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, to the United States Attorney, and the United States Marshals Service.

Signed: February 4, 2010

Robert J. Conrad, Jr.
Chief United States District Judge